Brandon C. Fernald (SBN 222429)
brandon@fernaldlawgroup.com
**FERNALD LAW GROUP APC**
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone: 323.410.0320
Facsimile: 323.410.0330

Timothy E. Grochocinski, Esq.
tim@nbafirm.com
Joseph P. Oldaker, Esq.
joseph@nbafirm.com
**NELSON BUMGARDNER ALBRITTON PC**
15020 S. Ravinia Avenue, Suite 29
Orlando Park, Illinois 60462
Telephone: 708.675.1975
Facsimile: 708.675.1786

Attorneys for Defendant
NEXGRILL INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBER-STEPHEN PRODUCTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEXGRILL INDUSTRIES, INC.,<br><br>Defendant. | Case No. EDCV 19-179-GW-KKx<br><br>**ORDER** |

Having reviewed the Stipulated Request to Continue the Scheduling Conference to from May 20, 2019 to May 30, 2019 at 8:30 a.m. and finding good cause, the Court hereby orders as follows:

The Scheduling Conference presently set for May 20, 2019 at 8:30 a.m. is hereby continued to May 30, 2019 at 8:30 a.m. to coincide with Defendant's Motion to Dismiss, which is also set for hearing on that date.

The pre-Scheduling Conference deadlines shall remain unchanged.

**IT IS SO ORDERED.**

DATED: May 2, 2019

_____
HON. GEORGE H. WU,
United States District Judge