JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBER-STEPHEN PRODUCTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEXGRILL INDUSTRIES, INC.,<br><br>Defendant. | Case No. EDCV 19-179-GW-KKx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the Notice of Voluntary Dismissal [40], it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: June 27, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE